IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 AUG 21  P 3: 35

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

| | | |
|---|---|---|
| JEFFREY SCOTT BRUETTE, et al. | * | |
| | * | |
| Plaintiffs | * | |
| | * | |
| vs. | * | Civil Case No. JFM 00CV2324 |
| | * | |
| MONTGOMERY COUNTY, | * | |
| MARYLAND, et al. | * | |
| | * | |
| Defendants | * | |

## O R D E R

UPON CONSIDERATION of Defendants' Motion for Extension of Time to File

Responsive Pleading, with the consent of Plaintiffs, it is this _2/21_ day of _August_ ,

2000 by the United States District Court for the District of Maryland,

ORDERED, that the  Motion for Extension of Time to File Responsive Pleading, be and

hereby is Granted, and it is further

ORDERED, that Defendants Montgomery County, Maryland; Errol Birch; Donald

Inman; Douglas M. Duncan; and the Montgomery County Police Department shall have up to

and including October 2, 2000, in which to file a responsive pleading in the above-captioned

case.

_____
J. Frederick Motz, Chief Judge
United States District Court for the
District of Maryland

5