IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

JEFFREY SCOTT BRUETTE, et. al

    Plaintiffs

vs.

MONTGOMERY COUNTY,
MARYLAND, et. al

    Defendants

Civil Case No. JFM00CV2324

## ORDER

Upon consideration of Defendant Foster's Motion for Extension of Time, it is the ___ day of _____, 2000, by the United States District Court of Maryland,

ORDERED, that the Motion for Extension of Time is hereby Granted, and it is further,

ORDERED, that Defendant Foster shall file a responsive pleading on or before October 2, 2000.

J. Frederick Motz, Chief Judge
United States District Court for the
District of Maryland

