IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| JEFFREY SCOTT BRUETTE, et al. | * | |
| Plaintiffs | * | |
| vs. | * | Civil Case No. JFM 00CV2324 |
| MONTGOMERY COUNTY, MARYLAND, et al. | * | |
| Defendants | * | |

**ORDER**

Upon Consideration of Plaintiffs' Motion for Extension of Time to File Oppositions, with the consent of Defendants, it is this 23rd day of October, 2000, by the United States District Court of the District of Maryland,

ORDERED that the Motion for Extension of Time to File Oppositions is hereby GRANTED, and it is further

ORDERED that Plaintiffs shall have up to and including November 6, 2000 in which to file an opposition to the Defendants' Motion to Dismiss in the above-captioned case.

_____
J. Frederick Motz, Chief Judge
United States District Court for the
District of Maryland