UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

January 2, 20001

Memo To Counsel Re: Jeffrey Bruette, et al. v. Montgomery County, Maryland, et al.
Civil No. JFM-00-2324

Dear Counsel:

I have reviewed defendant Foster's motion to quash or set aside discovery.

I recognize that counsel for plaintiffs has not had an opportunity to respond to the motion. However, in light of the fact that a deposition is scheduled on January 18, 2001 (the day before the scheduling conference I set for January 19, 2001), the motion will be granted at this time. We can discuss at the scheduling conference whether the proposed deposition should be scheduled before I have ruled upon the pending motions.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

J. Frederick Motz
United States District Judge

cc: Court File