IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JEFFREY SCOTT BRUETTE, ET AL. | * | |
| | * | |
| v. | * | Civil No. JFM-00-2324 |
| | * | |
| MONTGOMERY COUNTY, | * | |
| MARYLAND, ET AL. | * | |
| | ***** | |

ORDER

As stated in the accompanying memo to counsel, it is, this 2nd day of January 2001

ORDERED that defendant Foster's motion to quash or set aside discovery is granted.


_____
J. Frederick Motz
United States District Judge