UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

January 22, 2001

Memo To Counsel Re: Jeffery Scott Bruette, et al. v. Montgomery County,
  Maryland, et al.
  Civil No. JFM-00-2324

Dear Counsel:

This will confirm the schedule set during the conference held on January 19th.

| | |
|---|---|
| February 22, 2001 | You will advise me (1) if you would like an early mediation conference with a magistrate judge, and (2) whether you consent to all further proceedings before a magistrate judge (in the Southern Division) (consent forms enclosed) |
| April 26, 2001 | Deadline for amendments to pleadings and joinder of any additional parties |
| June 29, 2001 | Fact discovery deadline |
| July 13, 2001 | Deadline for plaintiffs to make Rule 26(a)(2) disclosures |
| August 10, 2001 | Deadline for defendants to make Rule 26(a)(2) disclosures |
| August 31, 2001 | Deadline for plaintiffs to make rebuttal Rule 26(a)(2) disclosures |
| September 19, 2001 | Deadline for all Rule 26(e) supplementations |
| September 28, 2001 | Expert discovery deadline |
| October 19, 2001 | Deadline for defendants to file summary judgment motion |
| November 23, 2001 | Deadline for plaintiffs to file opposition and any cross motion for summary judgment |
| December 12, 2001 | Deadline for defendants' opposition/reply |



| | |
|---|---|
| December 21, 200 | Deadline for plaintiffs' reply (if they file cross motion) |
| January 8, 2002 8:30 a.m. | Status conference |
| Two week period beginning March 2, 2002 | Trial |

This will also confirm that for the reasons we discussed during the conference, defendant Foster's motion for summary judgment is denied without prejudice to being renewed after his deposition is taken.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

J. Frederick Motz
United States District Judge

cc: Court File

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **JEFFERY SCOTT BRUETTE,** <br> **ET AL.** <br>          **Plaintiff** <br> <br>       vs. <br> <br> **MONTGOMERY COUNTY,** <br> **MARYLAND, ET AL.** <br>          **Defendant** | * <br> <br> * <br> <br> * <br> <br> * <br> <br> * <br> ****** <br> **Civil No.: JFM-00-2324** |

## GENERAL CONSENT TO PROCEED
## BEFORE A UNITED STATES MAGISTRATE JUDGE

     In accordance with the provisions of Title 28 U.S.C. § 636(c), the parties to the above-captioned civil matter hereby voluntarily waive their rights to proceed before a United States District Judge and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

_____ Date: _____

_____ Date: _____

## ORDER OF REFERENCE

     IT IS HEREBY **ORDERED** this _____ day of _____, 20_____, that the above-captioned matter be referred to United States Magistrate Judge _____, for all proceedings and the entry of judgment in accordance with Title 28 U.S.C. § 636(c) and the foregoing consent of the parties.

                                                                            J. Frederick Motz
                                                                            United States District Judge

U.S. District Court (Rev. 1/2000)