IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JEFFERY SCOTT BRUETTE, ET AL. | * | |
| | * | |
| v. | * | Civil No. JFM-00-2324 |
| | * | |
| MONTGOMERY COUNTY, | * | |
| MARYLAND, ET AL. | * | |
| | ***** | |

ORDER

As stated in the accompanying memorandum to counsel, it is, this 22nd day of January 2001

ORDERED that the motion for summary judgement filed by defendant Alexander T. Foster has been denied without prejudice to being renewed after his deposition is taken.

/s/ J. Frederick Motz
J. Frederick Motz
United States District Judge

