IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| JEFFREY SCOTT BRUETTE, et al. | * |
| Plaintiffs | * |
| vs. | * Case No. JFM 00CV2324 |
| MONTGOMERY COUNTY, MARYLAND, et al. | * |
| Defendants | * |

**CONSENT ORDER**

Plaintiffs Jeffrey Scott Bruette and Brian Kuehn and Defendants Errol Birch, Donald Inman, Montgomery County, Maryland, Douglas M. Duncan and the Montgomery County Police Department, by and through their undersigned counsel, have agreed and consented to the following Order being entered:

1. Montgomery County Police Department is dismissed with prejudice from the above-captioned action.

2. Douglas M. Duncan is dismissed with prejudice from the above-captioned action.

3. All state common law tort claims contained in Plaintiffs' Complaint and found in the Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth, and Eleventh causes of actions of the Complaint are dismissed with prejudice as they relate to Montgomery County, Maryland. The dismissal of these state common law tort claims does not in any way affect Montgomery County, Maryland's, responsibility to pay any judgments that might be rendered against its employees, the individual Defendant police officers, Errol Birch and Donald Inman, as provided

in the Local Government Tort Claims Act, codified in the Maryland Courts and Judicial Proceedings Code Annotated, § 5-301, *et seq.*

Seen and consented to by:

*Kenneth H. Rosenau* /by cnsent pp
Kenneth H. Rosenau, Esquire
Rosenau & Rosenau
Bar No. 22649
1424 16th Street, N.W.
Suite 502
Washington, DC 20036
Attorneys for Plaintiffs

Seen and consented to by:

CHARLES W. THOMPSON, JR.
COUNTY ATTORNEY

*Patricia P. Via*
Patricia P. Via
Associate County Attorney
Bar No. 04829

*Charles L. Frederick* /ppv
Charles L. Frederick
Associate County Attorney
Bar No. 05995

Attorneys for Defendants Errol Birch, Donald Inman, Montgomery County, Maryland, Montgomery County Police Department and Douglas M. Duncan
Executive Office Building
101 Monroe Street, Third Floor
Rockville, Maryland  20850
(240) 777-6700

SO ORDERED:

_____
J. Frederick Motz, Chief Judge
United States District Court for the
District of Maryland

PPV:tjs
I:\TZ\VIAPP\bruette=p=consent order.wpd

2

in the Local Government Tort Claims Act, codified in the Maryland Courts and Judicial Proceedings Code Annotated, § 5-301, *et seq.*

Seen and consented to by:

*Kenneth H. Rosenau* /by consent PPV

Kenneth H. Rosenau, Esquire
Rosenau & Rosenau
Bar No. 22649
1424 16th Street, N.W.
Suite 502
Washington, DC 20036
Attorneys for Plaintiffs

Seen and consented to by:

CHARLES W. THOMPSON, JR.
COUNTY ATTORNEY

*Patricia P. Via*

Patricia P. Via
Associate County Attorney
Bar No. 04829

*Charles L. Frederick* /PPV

Charles L. Frederick
Associate County Attorney
Bar No. 05995

Attorneys for Defendants Errol Birch, Donald Inman, Montgomery County, Maryland, Montgomery County Police Department and Douglas M. Duncan
Executive Office Building
101 Monroe Street, Third Floor
Rockville, Maryland 20850
(240) 777-6700

SO ORDERED:

_____
J. Frederick Motz, Chief Judge
United States District Court for the
District of Maryland

PPV:tjs
I:\TZ\VIAPP\bruette=p=consent order.wpd