IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JEFFREY SCOTT BRUETTE, ET AL. | * | |
| | * | |
| v. | * | Civil No. JFM-00-2324 |
| | * | |
| MONTGOMERY COUNTY, | * | |
| MARYLAND, ET AL. | * | |
| | ***** | |

ORDER

For the reasons stated in the accompanying memorandum, it is, this 7th day of March 2001

ORDERED

1. Defendant's motion for protective order or in the alternative motion for reconsideration is treated as a motion for reconsideration and, as such, is granted;

2. Defendant Alex Foster's motion to dismiss is granted;

3. Plaintiffs' claims against Alex Foster are dismissed; and

4. Defendant Alex Foster's motion for summary judgment is denied as moot.

J. Frederick Motz
United States District Judge

MAR - 7