UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

April 13, 2001

Memo To Counsel Re: Jeffrey Scott Bruette, et al. v. Montgomery County,
Maryland, et al.
Civil No. JFM-00-2324

Dear Counsel:

I have reviewed the memoranda submitted in connection with plaintiffs' motion for reconsideration and leave to amend. Plaintiffs have not, in accordance with Local Rule 103.6.a, filed a proposed amended complaint with their motion. If they, in fact, do seek leave to file an amended complaint, they must comply with that Rule.

Plaintiffs are granted until April 23, 2001 to file a proposed amended complaint. After reviewing the proposed amendment, I will determine whether any further briefing on plaintiffs' motion is needed. If I determine that such briefing is needed, I will write to you and set a schedule for it.

Very truly yours,

J. Frederick Motz
United States District Judge

cc: Court File