J. JOSEPH CURRAN, JR.
**Attorney General**



CARMEN M. SHEPARD
DONNA HILL STATON
**Deputy Attorneys General**

# STATE OF MARYLAND
## OFFICE OF THE ATTORNEY GENERAL

TELECOPIER NO.
(410) 230-1755

WRITER'S DIRECT DIAL NO.
410-576-6387

May 1, 2001

The Honorable J. Frederick Motz
Chief Judge for the United States District Court for Maryland
District Court of Maryland
101 West Lombard Street
Baltimore, MD 21201

    Re:    Bruette v. Montgomery County
            JFM 00-2324

Dear Judge Motz:

    Yesterday I received a letter dated April 27, 2001 from Mr. Rosenau, in which your Honor I believed was copied on. In accordance with Federal Rule 606, Civility : "The Court expects all of its judges and all counsel to conduct themselves in a professional and courteous manner, in connection with all matters pending before the Court", I will refrain from responding to each and every issue cited in Mr. Rosenau's letter, unless the Court instructs me to do so.

    I must however, request this Court to order Mr. Rosenau to send to me ALL pleadings, documents, correspondence etc. relating to, or involving all matters in this case. I have made this request, in writing on two separate occasions, and have yet to receive any documents. (Mr. Rosenau admits that he has not sent me all filings in his April 27, 2001 letter).

    In addition, I will acknowledge that I received Mr. Rosenau's April 27, 2001 letter and his Attachment to Motion for Reconsideration or For Leave to Amend, both in the afternoon mail of April 30, 2001. After reading Plaintiffs' Proposed Amended Complaint, I feel I must file a Supplemental Opposition to the Proposed Amended Complaint, and request fourteen (14) days in which to file such pleading.

    In accordance with Rule 606, I am attempting to be professional and courteous to counsel, while at the same time effectively represent my client to the best of my ability.

The Honorable J. Frederick Motz
April 30, 2001
Page 2

                                    Respectfully submitted,

                                    Deborah M. Levine

cc. Chuck Frederick, Esq.
    Kenneth Rosenau, Esq.