IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JEFFREY SCOTT BRUETTE, ET AL. | * |
| | * |
| v. | * Civil No. JFM-00-2324 |
| | * |
| MONTGOMERY COUNTY, | * |
| MARYLAND, ET AL. | * |
| | ***** |

ORDER

For the reasons stated on the record today, it is this 18th day of May 2001

ORDERED that plaintiffs' motion for leave to file amended complaint is denied.

_____
J. Frederick Motz
United States District Judge