**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 AUG 16  P 12: 04

CLERK'S OFFICE
AT BALTIMORE

_____ DEPUTY

August 16, 2001

Memo To Counsel Re: Bruette v. Montgomery County
Civil No. JFM-00-2324

Dear Counsel:

This will confirm the schedule set during the conference held yesterday.

| | |
|---|---|
| September 5, 2001 | Plaintiff to advise opposing counsel and me of any clearly identifiable areas of discovery (other than communications between law enforcement officials and plaintiffs' employers) to be explored before defendants file a motion for summary judgment on qualified immunity grounds. (This submission should not list facts that allegedly must be discovered concerning defendants' state of mind insofar as they related to core claims concerning the alleged unlawful prosecution of plaintiffs). |
| September 28, 2001 | Deadline for discovery relating communications between law enforcement officers and plaintiffs' employer (and any other areas which you agree or which I rule must be explored before a qualified immunity motion for summary judgment is viable) |
| October 30, 2001 | Deadline for defendants' summary judgment motion on qualified immunity grounds |

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

J. Frederick Motz
United States District Judge

cc: Court File

