IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JEFFREY SCOTT BRUETTE, ET AL.  *
                                                    *
       v.                                    *   Civil No. JFM-00-2324
                                                    *
MONTGOMERY COUNTY,           *
MARYLAND, ET AL.                   *
                                         *****

ORDER

Upon consideration of plaintiff's motion to extend discovery deadline, and defendants' response thereto, it is, this 27th day of September 2001

ORDERED that the motion be granted.

_____
J. Frederick Motz
United States District Judge