UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**CHAMBERS OF**
**J. FREDERICK MOTZ**
**UNITED STATES DISTRICT JUDGE**

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

December 4, 2001

Memo To Counsel Re: Jeffrey Scott Bruette, et al. v. Montgomery County, et al.
Civil No. JFM-00-2324

Dear Counsel:

I have reviewed plaintiff's motion for extension and for scheduling order.

I am unwilling to adopt the briefing schedule proposed in paragraph 6 of plaintiffs' motion. I will, however, grant plaintiffs until January 15, 2002 to file their opposition to defendants' pending summary judgment motion. I will set a deadline of February 5, 2002 for defendants' reply to plaintiffs' opposition. If defendants desire a reasonable extension of that deadline, I will grant it to them.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge

cc: Court File