IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 DEC -4  A 11: 16

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

| | | |
|---|---|---|
| JEFFREY SCOTT BRUETTE, ET AL. | * | |
| | * | |
| v. | * | Civil No. JFM-00-2324 |
| | * | |
| MONTGOMERY COUNTY, ET AL. | * | |

*****

ORDER

As stated in the accompanying memorandum to counsel, it is, this 4u day of December 2001

ORDERED that plaintiff's motion for extension and for scheduling order is granted in part and denied in part.

_____
J. Frederick Motz
United States District Judge

