IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

JEFFREY SCOTT BRUETTE, et. al.,    )
      Plaintiffs,    )
          )
          )    Civil Case No. JFM 00CV2324
v.    )
          )
MONTGOMERY COUNTY, et. al.,    )
      Defendants.    )
          )

## ORDER

Upon consideration of the Plaintiffs' consent motion for one day extension of time to oppose motion for summary judgment and there being no opposition thereto, it is this *15th* day of January, 2002, hereby

ORDERED that the Motion is GRANTED, and Plaintiffs time to file its opposition to

Defendants' Motion for Summary Judgment is extended up to and including January 16, 2002.

_____
Chief Judge J. Frederick Motz

Copies to:

Kenneth Rosenau
Rosenau & Rosenau
1424 16th St. NW, Suite 502
Washington, DC 20036

Patricia Via
Associate County Attorney
Executive Office Building
101 Monroe St., Third Floor
Rockville, MD 20850

Deborah M. Levine
Assistant Attorney General
200 St. Paul Place
Baltimore, MD 21202-2021