IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| JEFFREY SCOTT BRUETTE, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Case No. JFM 00CV2324 |
| MONTGOMERY COUNTY, MARYLAND, et al. | * | |
| Defendants | * | |

## ORDER

Upon consideration of Defendants' consent motion for extension of time to reply to opposition to motion for summary judgment and there being no opposition thereto, it is this ___ day of February, 2002, hereby

ORDERED that the Motion is GRANTED, and Defendants' time to file their reply to Plaintiffs' opposition to their Motion for Summary Judgment is extended up to and including February 25, 2002.

J. Frederick Motz, Judge

Copies to:

Patricia P. Via
101 Monroe Street, Third Floor
Rockville, Maryland 20850

Kenneth H. Rosenau, Esquire
1424 16th Street, N.W., Suite 502
Washington, D.C. 20036

Deborah M. Levine
The Attorney General's Office
200 St. Paul Place
Baltimore, Maryland 21202

