IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JEFFREY SCOTT BRUETTE, ET AL. | * | |
| | * | |
| v. | * | Civil No. JFM-00-2324 |
| | * | |
| MONTGOMERY COUNTY, | * | |
| MARYLAND, ET AL. | * | |
| | ***** | |

ORDER

For the reasons stated in the accompanying opinion it is, this 26th day of March 2002

ORDERED

1. Plaintiffs' request for voluntary dismissal of their claims against Donald Inman (made in their opposition memorandum to the motion for summary judgment) is granted;

2. The motion for summary judgment filed by defendants Errol Birch and Montgomery County, Maryland is granted;

3. Judgment is entered in favor of defendants Birch and Montgomery County, Maryland against plaintiffs; and

4. All prior rulings of this court are incorporated by reference herein.

_____
J. Frederick Motz
United States District Judge

16

